FILED'07 DEC 06 14:23 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| GARY D. PRICE, | ) | Civil No. 07-3079-CL |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF CORNING, CALIFORNIA, | ) | |
| and CORNING POLICE DEPARTMENT, | ) | |
| | ) | |
| Defendants. | ) | |

**PANNER, Judge.**

On October 5, 2007, Magistrate Judge Clarke filed his Report and Recommendation, which recommends transfering this matter to the United States District Court for the Eastern District of California. No party has filed objections to that Recommendation. The matter is now before me for *de novo* review pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

I find no error.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

1 - ORDER

## Conclusion

Magistrate Judge Clarke's Report and Recommendation (docket # 3) are adopted. This matter is transferred to the United States District Court for the Eastern District of California.

IT IS SO ORDERED.

DATED this ___6___ day of December, 2007.

_____
Owen M. Panner
United States District Judge

2 - ORDER